SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ENRIQUETA B. AGCAOILI,

                Plaintiff,

-against-

FRANCIS MCDERMOT; BARBARA COLLADNER,

                Defendants.
-------------------------------------------------------X
-------------------------------------------------------X

ENRIQUETA B. AGCAOILI,

                Plaintiff,

-against-

DR. HOWARD BARUCH; EUGENE BANKS,
NYSIF DEFENDANTS,

                Defendants.
-------------------------------------------------------X

CIVIL

JUDGMENT

08 Civ. 3211 (KMW)

08 Civ. 3212 (KMW)

U.S. DISTRICT COURT FILED JUL 07 2008 S.D. OF N.Y.

     By order dated April 1, 2008, this Court dismissed plaintiff's two complaints regarding her worker's compensation benefits for lack of subject matter jurisdiction. In addition, plaintiff was ordered to show cause within 60 days why a judgment should not be entered barring her from filing any future frivolous complaints in this Court without first obtaining the Court's permission to do. 28 U.S.C. § 1651. Since plaintiff has failed to file any document showing cause as specified, she is hereby barred pursuant to 28 U.S.C. § 1651 from filing any future complaint in this Court without first obtaining the Court's permission to do so. It is,

     ORDERED, ADJUDGED AND DECREED: That the complaint is hereby dismissed and plaintiff is barred from filing any future complaints without first obtaining the Court's permission. 28 U.S.C. 1651. Any future complaint filed by plaintiff must be accompanied with an application for leave to file. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from the Court's order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

/s/ Kimba M. Wood
KIMBA M. WOOD
Chief Judge

Dated: JUL 0 7 2008
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

2